**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| BUTLER ANIMAL HEALTH HOLDING COMPANY LLC, ET AL. | ) | CASE NO. 2:19-cv-2306 |
| | ) | |
| | ) | JUDGE GEORGE C. SMITH |
| *Plaintiffs,* | ) | MAGISTRATE JUDGE VASCURA |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| PERFORMANCE HEALTH HOLDINGS, INC., ET AL. | ) | |
| | ) | |
| | ) | |
| *Defendants.* | ) | |

Upon Motion and good cause shown, the underlying matter has settled, and the case is

hereby dismissed with prejudice, costs to the Plaintiffs.

IT IS SO ORDERED.


/s/ Chelsey M. Vascura
_____
Magistrate Judge Chelsey M. Vascura